## Atlas Floor Company, Defendant in Error, v. Jacob L. Kesner, Plaintiff in Error.

### Gen. No. 19,693.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HOSEA W. WELLS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Affirmed. Opinion filed April 28, 1915.

### Statement of the Case.

Action by the Atlas Floor Company, a corporation, against Jacob L. Kesner to recover $315, the balance claimed to be due for labor performed and materials furnished under a contract in laying a combination floor in a building owned by the defendant. The jury returned a verdict in favor of the plaintiff for $315. To reverse the judgment entered upon the verdict, the defendant prosecutes a writ of error.

D'ANCONA & PFLAUM, for plaintiff in error; EDWIN B. MAYER, of counsel.

SILBER, ISAACS, SILBER & WOLEY, for defendant in error; CLARENCE J. SILBER, of counsel.

MR. PRESIDING JUSTICE BAUME delivered the opinion of the court.

### Abstract of the Decision.

1. CONTRACTS, § 312*—*when performance to satisfaction of party a question of fact.* Whether or not the dissatisfaction of the defendant to the compliance of the plaintiff with a contract to lay composition floor perfectly satisfactory to the defendant and a certain third party was based on substantial grounds is a question for the jury, and where the evidence is in irreconcilable conflict in that regard, and the court of appeal cannot say that the verdict

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

of the jury was unwarranted, the verdict of the jury will be sustained.

2. APPEAL AND ERROR, § 479*—*when objection to instruction necessary.* Where no objection was interposed to an instruction, the principle of law stated therein will not be reviewed.

---

**Simon P. Gary, Plaintiff in Error, v. Charles R. Beadles, Defendant in Error.**

**Gen. No. 19,701.    (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. EDWARD T. WADE, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Affirmed. Opinion filed April 28, 1915.

### Statement of the Case.

Action by Simon P. Gary against Charles R. Beadles, to recover three hundred dollars claimed to be due the plaintiff for professional services in defending a suit instituted in the Municipal Court against the defendant to recover real estate broker's commissions, wherein judgment was entered against the defendant for fifteen hundred dollars. To reverse a judgment on a verdict in favor of the defendant, the plaintiff brings error.

MICHAEL LYONS, for plaintiff in error.

HENRY W. LEMAN and FRANK H. CULVER, for defendant in error.

MR. PRESIDING JUSTICE BAUME delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.